# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2568 Disciplinary Docket No. 3
:
Petitioner : No. 9 DB 2019
:
v. : Attorney Registration No. 85102
:
LINDA L. ZIEMBICKI, : (Armstrong County)
:
Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of February, 2019, upon consideration of the Verified Statement of Resignation, Linda L. Ziembicki is disbarred on consent from the Bar of this Commonwealth, *see* Pa.R.D.E. 215, and she shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).